AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

MAR 2 0 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America
v.

Mark Conditt

Defendant(s)

Case No. A-18-M-207(1)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 2, 2018 - March 20, 2018 in the county of Travis in the
Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861 | Receive/possess/transfer destructive device |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Reynaldo Alatorre, ATF Special Agent
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 03/20/2018

_____
Judge's signature

City and state: Austin, Texas

Mark Lane, United States Magistrate Judge
Printed name and title